UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK SENIOR, on behalf of himself and all other persons similarly situated,

        Plaintiff,

-v-

UPWORK INC.,

        Defendant.

CIVIL ACTION NO. 23 Civ. 6859 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' settlement (ECF No. 12), all case deadlines and appearances are adjourned sine die pending an order of dismissal from the Honorable Paul G. Gardephe.

Dated:    New York, New York
           November 20, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**